FILED - USDC -NH
2023 AUG 4 AM 10:47

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| Annette Balaguer | } |
| --- | --- |
| Plaintiff(s) | } |

v.            } COMPLAINT

| Southern New Hampshire University<br>Meagan Sage La Marca<br>Allison Gardner | } |
| --- | --- |
| Defendant(s) | } |

## Parties to this Complaint
(boxes will expand as you type)

**Plaintiff(s)'s Name, Address and Phone Number**

Annette Balaguer
2422 Byron Court
Indiana, Pennsylvania 15701
480-547-7897

Email - SMRFUN78@gmail.com

**Defendant(s)'s Name, Address and Phone Number**

Meagan Sage Lemarca 2500 North River Road, Manchester NH 03106
Allison Gardner 2500 North River Road, Manchester NH 03106
telephone 800-668-1249

## Jurisdiction and Venue:
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Box will expand as you type.)

Because the institution is located in Manchester NH. Further because federal courts hear criminal, civil cases. I ask the court to please hear this case because it falls under a legal theory: Fraudulent misrepresentation and i can prove it. I can show you how they intentionally lied to me used a professors name from York College in Pennsylvania. I reached out to this professor from the number he gave us, and it was a google number. My suspicions grew as I contacted the professor (David Bradnick) at York College of Pennsylvania and he explained that he only teaches at York College and does not teach at Southern New Hampshire University. I want to sue SNHU for breach of contract. Furthermore, the individual who is using this IDENTITY is a faculty member

USDCNH-102 (Rev. 5/7/13)                    Page  of

## Statement of Claim

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

The grading is unreasonable and can be reviewed to further reflect a positive grade. There is much flexibility to reread and revise a paper that is well written. Further, I've made several calls to SNHU and everyone of their faculty members that have answered my call tell me (Were not allowed to give you the deans name because you're an online student). Furthermore, I find it very suspicious that your instructor David Bradnick has a google phone number only for contact. I have sent several emails to the dean of students (Meagan Sage Lamarca and Allison Gardner my advisor and no response. I emailed David Bradnick and no response. I made several calls to SNHU and no one seems to respond. I filed a dispute with SNHU and no response I mailed a demand letter requesting that Dean Lamarca, please reach out to David Bradnick and still no response. I've reached out to David Bradnick at York College Pennsylvania
 The Arts and Humanities Wolf Hall, Room 206
717.815.1354 dbradnic@ycp.edu at York College in Pennsylvania.
Dr. David Bradnick

This info is what SNHU shows
CONTACT INFORMATION:

Email: d.bradnick@SNHU.edu
Tele: 717-831-8513 - (Google phone #)

~~Email: d.bradnick@snhu.edu~~

## Relief Requested from the Court

(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

I would expect the court to investigate and have SNHU review my papers and provide me with a positive grade. I've exhausted all the internal dispute resolutions. I've requested a positive grade change from David Bradnick (Diversity Class) and I've yet to receive any type of response. Furthermore, Bradnick is not following the syllabus requirements and is giving me F's in all my assignments. I've requested that he review and regrade my papers to a positive grade, I'm a student here to learn and as a student I write all my papers from the assignments to the best of my knowledge. My papers are well written and the F's that I've been receiving are completely unfair. I would also like to sue the school for emotional distress I'm an honor student in the process of attending law school in January 2023. This is causing me unwanted stress and I'm constantly nervous because no one at Southern new Hampshire University will help me.

## Jury Demand

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☑ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: July 31, 2023

Signature: Annette Balaguer

USDCNH-102 (Rev. 5/7/13)          Page  of

I WANTED TO mention that the school syllabus policy clearly states: professors have 7 DAYS to grade a paper. (David Bradnick) grades my papers 10 days after. This is a contractual agreement that he's not following.

Thank you

Annette Baldwin
2422 Byron Court
Indiana, PA 15701

U.S. District Court
District of New Hampshire
55-Pleasant Street
Room-110
Concond, NH 03301